ACCEPTED
12-13-00225-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/4/2015 8:59:50 AM
CATHY LUSK
CLERK

COURT OF APPEALS NO. 12-13-00225-CR,
12-14-00039-CR
TRIAL COURT CAUSE NO. C-19, 241,
and C-18,897

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/4/2015 8:59:50 AM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| DANNY RAY LUSK APPELLANT | § | IN THE 12TH COURT |
| VS. | § | OF APPEALS |
| THE STATE OF TEXAS, APPELLEE | § | TYLER, TEXAS |

## MOTION FOR EXTENSION OF
## TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, the APPELLANT, Danny Ray Lusk, by and through his attorney of record, Shari Moore, and files this Motion for Extension of Time to File Appellant's Brief and in support of the same would show the following:

1. Appellant's brief is due on or before March 9, 2015.

2. Appellant requests an additional 60 days from the current due date of March 9, 2015 to file its brief with the Court.

3. Appellant requests an extension of time for the following reasons:

    a. Undersigned counsel was scheduled for five felony jury trials during the months of March 2015 and April 2015, specifically Cause Numbers A-21, 383 & A-21, 384, The State of Texas vs. Tyler Scruggs, Cause Number C-21,170, The State of Texas vs. Arlie England, Cause Number B-21,021, The State of Texas vs. Shawn Zark, Cause No. B-20, 726, The State of Texas vs. Gary McLeod. Undersigned counsel is and has been extremely busy during the months of February and March

preparing for aforementioned trials.

    b. Additionally, undersigned counsel was not trial counsel nor the original appellate counsel in this case, which was an eight day long jury trial wherein the appellant received a life sentence and as such, she was completely unfamiliar with the facts of the case and was just recently appointed in January 2015 to these cases.

    c. Additionally, undersigned counsel was in San Antonio with her family from February 11-14, 2015 due to her son being admitted to the Texas All-State Choir wherein he was in San Antonio for four days participating and preparing for his performance and undersigned counsel was unable to work on her brief due to being out of her office.

    d. In addition, undersigned counsel has been scheduled for several dockets during the period of time and received numerous new court appointments which have not allowed for adequate time to prepare the brief.

4. Based on the aforesaid, counsel for Appellant has not and will not have sufficient time by March 9, 2015 to complete the Appellant's brief.

5. This is the first Motion for Extension of Time requested by Appellant. The undersigned is not seeking this extension for the purposes of delay.

6. Undersigned counsel has spoken to Ms. Nancy Rumar, attorney of record for the Appellee, and she has no objection to this Motion.

WHEREFORE, Appellee requests that the Court grant this Motion and extend the deadline for filing its brief for 60 days.

Respectfully,

*[signature]*

Shari Moore
Attorney for Appellant
107 E. Tyler St.
Athens, Texas 75751
Bar. No. 00790967
Phone: 903-675-8005
Fax: 903-675-8006


## CERTIFICATE OF SERVICE

I, Shari Moore, do certify that a true and correct copy of the foregoing Motion was delivered to State's Attorney on this the 7th day of March, 2015 by hand-delivery.

Signed this the 4th day of March 2015

*[signature]*

Shari Moore

**STATE OF TEXAS**                              §

**COUNTY OF HENDERSON**            §

## AFFIDAVIT

Before me, the undersigned notary, on this day, personally appeared Shari Moore, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

"My name is Shari Moore. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am the attorney for the Appellant in the case entitled Danny Ray Lusk v. the State of Texas, in Court of Appeals Cause Nos.12-14-00039-CR and12-13-00225-CR, I have read the foregoing Motion to Extend Time to File Appellant's Brief and it is true and correct."

_____
Shari Moore

Subscribed and sworn to before me this 4th day of March . 2015

DEBORAH K. CARTER
Notary Public
State of Texas
My Comm. Expires 2-23-2017

_____
Notary Public
State of Texas

My commission expires:  2-23-2017